We'll have our name on the box.